### WIMS *v*. THE STATE.

LUMPKIN, J. The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur.*

Submitted February 15, 1908.—Decided February 26, 1909.

Indictment for murder. Before Judge Spence. Calhoun superior court. December 12, 1908.

*W. D. Sheffield*, for plaintiff in error. *John C. Hart, attorney-general*, and *W. E. Wooten solicitor-general*, contra.